United States District Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARRY KEITH HALLEY, <br> *Plaintiff*, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of the Social <br> Security Administration, <br> *Defendant*. | CIVIL ACTION NO. 4:15-CV-02808 |

## ORDER OF ADOPTION

On August 11, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 15), recommending that Halley's motion for summary judgment be granted, the Commissioner's motion be denied, and this case be reversed and remanded to the Commissioner for an award of benefits. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion.

Signed at Houston, Texas, this 12 day of Sept, 2016.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE